No. 972. JOSE ALEJANDRINO v. MANUEL L. QUEZON ET AL. April 13, 1925. Petition for a writ of certiorari to the Supreme Court of the· Philippine Islands granted. *Mr. Claro M. Recto* for petitioner. *Mr. Pablo G. Corinsta* and *Mr. Guillermo B. Guervara* for respondents.

No. 993. CHARLES HAMMER v. UNITED STATES. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Robert H. Elder* for petitioner. No appearance for respondent.

No. 897. JAMES C. DAVIS, DIRECTOR GENERAL, ETC., v. MICHIGAN TRUST COMPANY, RECEIVER, ETC. April 13, 1925. Petition for a writ of certiorari· to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. A. A. McLaughlin* for appellant. *Mr. Stuart E. Knappen* for appellee.

No. 898. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. UNITED STATES. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Homer W. Davis* and *Mr. John G. Drennan* for petitioner. *Solicitor General Beck* for the United States.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM JANUARY 13, 1925, TO AND INCLUDING APRIL 13, 1925.

No. 778. STANDARD OIL COMPANY v. UNITED STATES ET AL. January 19, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit